**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1220**

———————

KENNETH R. WILLIAMS,

                              Plaintiff - Appellant,

        versus

PHOENIX PHARMACEUTICALS, INCORPORATED; PARRAN
FOSTER,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Chief
District Judge.  (CA-96-1287-A)

———————

Submitted:  May 15, 1997              Decided:  May 28, 1997

———————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth R. Williams, Appellant Pro Se. Philip Murray Dearborn, III,
PILIERO, MAZZA & PARGAMENT, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion to dismiss his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Phoenix Pharm., Inc., No. CA-96-1287-A (E.D. Va. Dec. 30, 1996). Defendants' request for sanctions is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED